1  KATE S. LEHRMAN [Bar No. 123050]
   ROBERT A. PHILIPSON [Bar No. 108940]
2  GUY MIZRAHI [Bar No. 220930]
   ROGANLEHRMAN LLP
3  12121 Wilshire Boulevard
   Suite 1300
4  Los Angeles, CA  90025
   (310) 917-4500
5  (310) 917-5677 (FAX)

6  Attorneys for Defendant
   BMW OF NORTH AMERICA, LLC
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

JS6

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  ROXANA GREENMAN,                    )  Case No. SACV11-00228-AG-(RNBx)
                                        )  (Filed:  February 08, 2011)
12            Plaintiff,                )
                                        )  Hon. Andrew J. Guilford
13       v.                             )  Courtroom 10-D
                                        )
14  BMW OF NORTH AMERICA, LLC,          )  [PROPOSED] JUDGMENT ON
    and DOE 1 through DOE 10            )  JURY VERDICT
15  inclusive,                          )
                                        )
16            Defendants.               )
                                        )  DISCOVERY CUT-OFF:01/03/12
17                                      )  MOTION CUT-OFF:     02/02/12
                                        )  TRIAL DATE:         08/21/12
18  _____ )

19

20

21

22

23

24

25

26

27

28

1   This action came on regularly for trial on August 21, 2012, in Courtroom 10D
2   of the United States District Court for the Central District of California -- Southern
3   District, the Honorable Andrew J. Guilford, United States District Judge, presiding.
4   Plaintiff Roxana Greenman appeared by her attorney, Larry Chae of The Bickel Law
5   Firm, Inc.  Defendant BMW of North America, LLC appeared by its attorneys, Kate
6   S. Lehrman and Guy Mizrahi of RoganLehrman LLP.

7   A jury was regularly impaneled and sworn.  Witnesses were sworn and
8   testified.  After hearing the evidence and arguments of counsel, the jury was duly
9   instructed by the Court and the case was submitted to the jury with directions to
10  return verdicts on special issues.  The jury deliberated and thereafter returned into
11  Court with its verdict as follows:

12  We answer the questions submitted to us as follows:

13  1-1.   Did Roxana Greenman's 2008 528i have a defect covered by the
14  warranty that substantially impaired the vehicle's use, value or safety to a reasonable
15  buyer in Roxana Greenman's situation?

16  Answer:     No

17
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

[PROPOSED] JUDGMENT ON JURY VERDICT

2-1.   Was Roxana Greenman's 2008 528i of the same quality as those generally

acceptable in the trade for a period of one year after the lease of the vehicle?

Answer:   Yes

Dated:   August 24, 2012                           /s/[Redacted]
                                                    Presiding Juror

It appearing by reason of said verdict that defendant is entitled to judgment against plaintiff,

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Roxana Greenman take nothing from Defendant BMW of North America, LLC, and that Defendant BMW of North America, LLC have and recover its costs from Plaintiff Roxana Greenman.

DATED: SEPT 26, 2012

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT ON JURY VERDICT